**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Christopher Gray<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| AFS Acceptance LLC, c/o Credito Real USA Finance<br>　　　　　　　　Movant<br>　　　vs.<br>Christopher Gray<br>　　　　　　　　Debtor(s) | NO. 20-11572 AMC |
| Scott F. Waterman<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

　　　　The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, AFS Acceptance LLC, c/o Credito Real USA Finance, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

　　　　**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2010 NISSAN Maxima-V6 Sedan 4D S    VIN: 1N4AA5AP0AC848556 in a commercially reasonable manner.

Signed this _____day of _____, 2020.

**Date: July 15, 2020**

cc: See attached service list

　　　　　　　　　　　　　　　　　　　　　　　　ASHELY M. CHAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Christopher Gray
452 Sunset Avenue
Langhorne, PA 19047

Michael Kutzer, Esq.
1420 Walnut Street
Suite 1216
Philadelphia, PA 19102-3604

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532