```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 20-11572-amc
Christopher Gray                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR              Page 1 of 1             Date Rcvd: Jul 16, 2020
                              Form ID: pdf900           Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Christopher Gray,    452 Sunset Avenue,    Langhorne, PA 19047-7531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14494582       +E-mail/Text: bk@afsacceptance.com Jul 17 2020 04:33:56      AFS Acceptance, LLC,
                 1475 W Cypress Creek Rd,   Fort Lauderdale, FL 33309-1931
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    AFS Acceptance LLC, c/o Credito Real USA Finance
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         CHANDRA M. ARKEMA    on behalf of Creditor    Bank of America, N.A. carkema@squirelaw.com,
           vcosme@squirelaw.com,jberry@squirelaw.com
         MICHAEL P. KUTZER    on behalf of Debtor Christopher  Gray mpkutzer1@gmail.com
         REBECCA ANN SOLARZ    on behalf of Creditor    AFS Acceptance LLC, c/o Credito Real USA Finance
           bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Credito Real USA Finance bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Christopher Gray <br> <u>Debtor(s)</u> | CHAPTER 13 |
| AFS Acceptance LLC, c/o Credito Real USA Finance <br> <u>Movant</u> <br> vs. | NO. 20-11572 AMC |
| Christopher Gray <br> <u>Debtor(s)</u> | |
| Scott F. Waterman <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, AFS Acceptance LLC, c/o Credito Real USA Finance, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2010 NISSAN Maxima-V6 Sedan 4D S    VIN: 1N4AA5AP0AC848556 in a commercially reasonable manner.

Signed this _____day of _____, 2020.

**Date: July 15, 2020**

cc: See attached service list

ASHELY M. CHAN
United States Bankruptcy Judge.

Christopher Gray
452 Sunset Avenue
Langhorne, PA 19047

Michael Kutzer, Esq.
1420 Walnut Street
Suite 1216
Philadelphia, PA 19102-3604

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532