UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Christopher Gray | Bankruptcy No.20-11572-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of July, 2020, by first class mail upon those listed below:

Christopher Gray
452 Sunset Avenue
Langhorne, PA  19047

**Electronically via CM/ECF System Only:**

MICHAEL P KUTZER ESQ
1420 WALNUT ST
SUITE 1216
PHILADELPHIA, PA  19102-4012

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee