United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher Gray  
    Debtor(s)

Case No. 20-11572-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 3  
Date Rcvd: Oct 01, 2020     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Gray, 452 Sunset Avenue, Langhorne, PA 19047-7531 |
| cr | + | Credito Real USA Finance, 1475 W. Cypress Creek Road, Suite 300, Ft. Lauderdale, FL 33309-1931 |
| 14486312 | | Aria Health Orthopaedics, PO Box 8500-1672, Philadelphia, Pennsylvania 19178-1672 |
| 14486313 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, Pennsylvania 79998-2235 |
| 14496646 | | Bank of America, N.A., c/o Carrington Mortgage Services, Suite 200-A, Anaheim CA 92806 |
| 14484546 | + | Bank of America, N.A., c/o Chandra M. Arkema, Richard M. Squire & Associates, One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |
| 14486314 | | Bucks County Water and Sewer, 1275 Almhouse Road, Warrington, Pennsylvania 18976-1295 |
| 14486317 | | City of Philadelphia, Parking, PO Box 597, Baltimore, Maryland 21203-0597 |
| 14486319 | + | Credit Collection Services/General Insur, 725 Canton Street, Norwood, Massachusetts 02062-2679 |
| 14486320 | + | Credito Real USA, 1475 West Cypress Creek Road, Fort Lauderdale, Florida 33309-1931 |
| 14512646 | + | Credito Real USA Finance, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14486321 | + | Debt Litigation Lawyers, 8001 Castor Avenue, Philadelphia, Pennsylvania 19152-2701 |
| 14486323 | + | Liberty Mutual Insurance, PO Box 6829, Scranton, Pennsylvania 18505-6829 |
| 14486324 | | Margiotti and Kroll, 4829 E Street, Trevose, Pennsylvania 19053-6647 |
| 14486325 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, Massachusetts 21297-1600 |
| 14486326 | | PA Turnpike Commission, 300 East Pike Drive, Harrisburg, Pennsylvania 17111 |
| 14486316 | | PO Box 71083, Charlotte, North Carolina 28272-1083 |
| 14486328 | + | Princeton Pathology Associates, 5755 Hoover Blvd., Tampa, Florida 33634-5340 |
| 14486329 | | Professional Account Management Co., PO Box 1520, Milwaukee, Wisconsin 53201-1520 |
| 14486330 | | Progressive Emergency Physicians, PO Box 412347, Boston, Massachusetts 02241-2347 |
| 14486331 | | Quest Diagnostics, PO Box 7306, Hollister, Missouri 65673-7306 |
| 14486333 | | SCHC Pediatric Assoicates, PO Box 419633, Boston, Massachusetts 02241-9633 |
| 14486334 | + | St. Mary Medical Center, 1643 Lewis Avenue, suite 203, Billings, Montana 59102-4151 |
| 14486335 | + | VISA, PO Box 10347, Des Moines, Iowa 50306-0347 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 02 2020 04:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2020 04:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2020 04:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 02 2020 04:35:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14494582 | + | Email/Text: bk@afsacceptance.com | Oct 02 2020 04:35:00 | AFS Acceptance, LLC, 1475 W Cypress Creek |

Case 20-11572-amc   Doc 51   Filed 10/03/20   Entered 10/04/20 01:56:58   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: DonnaR | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | Rd, Fort Lauderdale, FL 33309-1931 |
| 14504383 | + | Email/Text: g20956@att.com | Oct 02 2020 04:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., Karen A. Cavagnaro Paralegal, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 14484953 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2020 03:56:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14487305 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 02 2020 03:58:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14486318 | + | Email/Text: bankruptcy@credencerm.com | Oct 02 2020 04:36:00 | Credence/AT&T, 17000 Dallas Parkway, Suite 204, Dallas, Texas 75248-1940 |
| 14486322 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 02 2020 04:36:00 | Genesis FS Card Services, PO Box 4477, Beaverton, Oregon 97076-4401 |
| 14486327 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 02 2020 04:35:00 | PECO, 2301 Market St., Philadelphia, Pennsylvania 19103-1380 |
| 14484168 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2020 04:35:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14486332 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 02 2020 04:35:00 | Retrieval masters Credit Bureau, 4 Westchester Plaza, Suite 110, Elmsford, New York 10523-1615 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14486315 | | CapitalOne |
| 14510885 | | J. Ward Holliday & Associates, P.C., 501 Elm Street, Suite 200, LB13, Dallas, Texas 75202, Re: AFS Acceptance LLC,, c/o Credito Real USA Finance, JWH&A File No.: 107817 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor AFS Acceptance LLC c/o Credito Real USA Finance bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Bank of America  N.A. carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |

District/off: 0313-2  User: DonnaR  Page 3 of 3
Date Rcvd: Oct 01, 2020  Form ID: pdf900  Total Noticed: 37

MICHAEL P. KUTZER
    on behalf of Debtor Christopher Gray mpkutzer9@gmail.com mpkutzer1@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor AFS Acceptance LLC c/o Credito Real USA Finance bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Credito Real USA Finance bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Christopher Gray<br><br>                     Debtor | Chapter 13<br><br>Bankruptcy No. 20-11572-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 1, 2020**

_____
U.S. BANKRUPTCY JUDGE